IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JE_ D.C.

05 AUG 19 PM 12: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| INTERMODAL CARTAGE, CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2804 Ml/An |
| | ) | |
| NATUZZI AMERICAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER TO FILE TRIAL TRANSCRIPT

The Court has determined that the filing of the trial transcript in this case is necessary to conclude its opinion in this case. Accordingly, the parties are hereby ORDERED to request and file with the Court a copy of the trial transcript in this case within fourteen (14) days of the date of entry of this order.[1] The parties shall share the costs of the transcript equally.

So ORDERED this 18 day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the trial transcript in this case may be ordered by contacting Court Reporter Brenda Parker at (901) 526-8769.

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 8-19-05

(37)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:03-CV-02804 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Mark Daniel Griffin
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Paul I Mendelson
MENDELSON & BAILEY
799 Estate Place
Memphis, TN 38187--023

Honorable Jon McCalla
US DISTRICT COURT