IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟋⟋ D.C.

05 OCT -4 AM 7:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| INTERMODAL CARTAGE, CO., <br><br> Plaintiff, <br><br> v. <br><br> NATUZZI AMERICAS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 03-2804 Ml/A <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court at a non-jury trial on December 20, 2004, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Opinion and Order Following Non-Jury Trial, entered October 3, 2005, judgment be hereby entered in the amount of $106,811.60, plus interest of one and one-half percent accruing every 30 days after billing, plus thirty-three percent of the total outstanding balance in attorney's fees.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Oct. 3 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:03-CV-02804 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Paul I Mendelson
MENDELSON & BAILEY
799 Estate Place
Memphis, TN 38187--023

Mark Daniel Griffin
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT